```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

------------------------------x
                              :
ANTHONY P. P.                 :    Civ. No. 3:22CV00388(SALM)
                              :
v.                            :
                              :
COMMISSIONER OF SOCIAL        :
SECURITY                      :    August 17, 2022
                              :
------------------------------x
```

**ORDER ON DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. §405(g) WITH REVERSAL AND REMAND OF THE CAUSE TO THE DEFENDANT**

Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. §405(g) with Reversal and Remand of the Cause to the Defendant **[Doc. #19]** is **GRANTED**. Pursuant to the power of this Court to enter judgment affirming, modifying, or reversing the Commissioner's decision with or without remand in Social Security actions under sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g), and in light of defendant's unopposed request to remand this action for further administrative proceedings, it is ordered that this matter be remanded to the Commissioner.

Upon remand, the ALJ is directed to further consider plaintiff's request to question consultative examiner Dana Martinez, Psy.D., consistent with agency policy. Plaintiff shall be offered the opportunity for a de novo administrative hearing

1

and the ALJ will issue a new decision.

The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993); <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

The Clerk of the Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

It is so ordered at Bridgeport, Connecticut this 17th day of August, 2022.

                                                  /s/
                                        HON. SARAH A. L. MERRIAM
                                        UNITED STATES DISTRICT JUDGE